CLOSED, MDL1657

## U.S. District Court
### District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:06-cv-04617-MLC-TJB
### Internal Use Only

HOUTZ et al v. MERCK & CO., INC.
Assigned to: Judge Mary L. Cooper
Referred to: Magistrate Judge Tonianne J. Bongiovanni
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/27/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
WANDA HOUTZ

represented by CHRISTOPHER A. SEEGER
SEEGER WEISS, LLP
550 BROAD STREET
NEWARK, NJ 07102
(973) 639-9100
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
LUTHER RAY HOUTZ

represented by CHRISTOPHER A. SEEGER
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
ETHEL KEHOE

represented by CHRISTOPHER A. SEEGER
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
JOE KEHOE

represented by CHRISTOPHER A. SEEGER
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
INGRID JERNAGIN

represented by CHRISTOPHER A. SEEGER
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

DARREN GARCIA      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
HEATHER GARCIA      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
JOSEPH NARBUT, JR.      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
WAYNE WILSON      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
BETTY WILSON      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
JIMMY BELVIN      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
LEANOR BELVIN      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
CAROLYN MAIELLO      represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
EDNA OGE      represented by **CHRISTOPHER A. SEEGER**

*Individually, and as Representative of
the Estate of James Oge*

(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**CAROLINE GENTILE**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**DANTE GENTILE**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**GEORGE DAVIS**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**DONNA DAVIS**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**MICHELLE BLAND**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**JAMES BLAND**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**THERESA JACKSON**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**
**JEANETTE JACKSON**  represented by **CHRISTOPHER A. SEEGER**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JAMES KAST     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CAROLINE KAST     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

ROSE MOCARSKI
*Individually, and as Representative of the Estate of Victor Mocarski*     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

RACHEL ROGERS     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MICHAEL ROGERS     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LONNIE GIBBS     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CARL PETTETT     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CAROL PETTETT     represented by **CHRISTOPHER A. SEEGER**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **MERCK & CO., INC.** | represented by | **JOSHUA G. SCHILLER**<br>DECHERT LLP<br>4000 BELL ATLANTIC TOWER<br>1717 ARCH STREET<br>PHILADELPHIA, PA 19103<br>(215) 994-4000<br>Email: joshua.schiller@dechert.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2006 | 1 | COMPLAINT against MERCK & CO., INC. ( Filing fee $ 350 receipt number 300 352531.) jury demand, filed by INGRID JERNAGIN, DARREN GARCIA, HEATHER GARCIA, JOSEPH NARBUT, JR, WAYNE WILSON, BETTY WILSON, JIMMY BELVIN, LEANOR BELVIN, CAROLYN MAIELLO, EDNA OGE, WANDA HOUTZ, CAROLINE GENTILE, DANTE GENTILE, GEORGE DAVIS, DONNA DAVIS, MICHELLE BLAND, JAMES BLAND, THERESA JACKSON, JEANETTE JACKSON, JAMES KAST, CAROLINE KAST, LUTHER RAY HOUTZ, ROSE MOCARSKI, RACHEL ROGERS, MICHAEL ROGERS, LONNIE GIBBS, CARL PETTETT, CAROL PETTETT, ETHEL KEHOE, JOE KEHOE.(tp ) (Entered: 09/28/2006) |
| 09/28/2006 | 2 | Summons Issued as to MERCK & CO., INC..Days Due - 20. fedex to attorney (tp ) (Entered: 09/28/2006) |
| 10/26/2006 | 3 | ANSWER to Complaint with Jury Demand by MERCK & CO., INC.. (Attachments: # 1 Certificate of Service)(SCHILLER, JOSHUA) (Entered: 10/26/2006) |
| 10/26/2006 | 4 | STATEMENT *Rule 7.1 Statement* by MERCK & CO., INC.. (Attachments: # 1 Certificate of Service)(SCHILLER, JOSHUA) (Entered: 10/26/2006) |
| 11/10/2006 | 5 | SUMMONS Returned Executed by INGRID JERNAGIN, DARREN GARCIA, HEATHER GARCIA, JOSEPH NARBUT, JR, WAYNE WILSON, BETTY WILSON, JIMMY BELVIN, LEANOR BELVIN, CAROLYN MAIELLO, EDNA OGE, WANDA HOUTZ, CAROLINE GENTILE, DANTE GENTILE, GEORGE DAVIS, DONNA DAVIS, MICHELLE BLAND, JAMES BLAND, THERESA JACKSON, JEANETTE JACKSON, JAMES KAST, CAROLINE KAST, LUTHER RAY HOUTZ, ROSE MOCARSKI, RACHEL ROGERS, MICHAEL ROGERS, LONNIE GIBBS, CARL PETTETT, CAROL PETTETT, ETHEL KEHOE, JOE KEHOE. MERCK & CO., INC. served on |

CM/ECF LIVE - U.S. District Court for the District of New Jersey - Docket Report
Case 2:06-cv-73164-EEF-DEK Document 1 Filed 11/30/2006 Page 6 of 6
Page 6 of 6

| | | |
|---|---|---|
| | | 10/9/2006, answer due 10/30/2006. (SEEGER, CHRISTOPHER) (Entered: 11/10/2006) |
| 11/29/2006 | 6 | Certified Copy of ORDER of the Multidistrict Litigation Panel transferring case to Eastern District Court of Louisiana purusuant to MDL 1657. (CLERK'S NOTE: EMAILED DOCUMENTS: 1 Complaint; 6 MDL ORDER and Docket Sheet to USDC-Eastern District of LA) (ck, ) (Entered: 11/29/2006) |
| 11/29/2006 | | ***Civil Case Terminated. (ck, ) (Entered: 11/29/2006) |